UNITED STATES DISTRICT COURT
DISTRICT OF NEW MEXICO

PRAMAC RACING LTD., a United
Kingdom
limited company,

    Plaintiff,

v.                                    CASE NO. 1:23-CV-00950-DHU-SCY

CRAFT 1861, LLC, a New Mexico limited
liability company,

    Defendant.

## STIPULATED JUDGMENT

This matter comes before the Court upon the stipulation of Plaintiff Pramac Racing Ltd., a United Kingdom limited company ("Pramac") and Defendant Craft 1861, LLC, a New Mexico limited liability company ("Craft LLC"). The Court, after considering the agreement of the parties and being otherwise advised in the premises, **FINDS**:

1. The Court has jurisdiction over the parties hereto and the subject matter hereof.

2. Venue is proper in this Court.

3. Craft LLC, being fully advised of its rights and having consulted counsel of its choice, stipulates that a money judgment should be entered in Pramac's favor as set forth below.

4. The parties entered into this stipulation under the following circumstances:

    a. The parties reached terms of settlement to resolve in full the claims set forth in Pramac's Complaint (Doc. No. 1);

{00550894.DOCX }

    b. The settlement called for a payment to be made at a future date, because Craft LLC requested to defer payment until after its parent company (CRAFT 1861 Global Holdings Inc.), which was electing to pay Craft LLC's contractual obligation at issue in this case, had completed a pending transaction; and

    c. The parties agreed that Craft LLC would agree to a stipulated judgment, which would be filed only in the event that Craft LLC defaulted on its settlement payment obligation.

5. Events have occurred which warrant the entry of this judgment, under the parties' settlement agreement.

6. No just reason exists for delay in the entry of judgment.

IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED that judgment is awarded in favor of Pramac and against Craft LLC for damages in the amount of €800,000.00 (eight hundred thousand Euro).

May 8, 2024

                                       HON. DAVID HERRERA URIAS
                                       U.S. District Judge